**Dr. Sheldon GROSSMAN, et al., Respondent,**

v.

**Lewis BRACKER, Appellant.**

**WD 49408.**

Missouri Court of Appeals, Western District.

May 18, 1995.

Willard B. Bunch, Kansas City, for appellant.

James W. Henry, Kansas City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Appeal from the judgment of the Jackson County Circuit Court awarding plaintiffs

---

$68,000 in actual damages and $100,000 in punitive damages.

The judgment is affirmed. Rule 84.16(b).